

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00062-CV

| | | |
|---|---|---|
| Lloyd Walterscheid & Walterscheid Farms, LLC | § | From the 235th District Court |
| | § | of Cooke County (CV15-00678) |
| v. | § | August 2, 2018 |
| Danny Walterscheid | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Lloyd Walterscheid & Walterscheid Farms, LLC shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman